1  NINA F. LOCKER, State Bar No. 123838
   E-MAIL: nlocker@wsgr.com
2  STEVEN D. GUGGENHEIM., State Bar No. 201386
   E-MAIL: sguggenheim@wsgr.com
3  CAZ HASHEMI, State Bar No. 210239
   E-MAIL: chashemi@wsgr.com
4  DAVID A. MCCARTHY, State Bar No. 226415
   E-MAIL: dmccarthy@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  650 Page Mill Road
   Palo Alto, CA 94304-1050
7  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
8
   Attorneys for Defendants
9  BROCADE COMMUNICATIONS SYSTEMS,
   INC. and ANTONIO CANOVA
10

11
                    UNITED STATES DISTRICT COURT
12
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
13
                          SAN FRANCISCO DIVISION
14

15 | PRENA SMAJLAJ, Individually and On Behalf ) CIVIL ACTION NO.: 3:05-cv-2042 CRB
   | of All Other Persons Similarly Situated,   )
16 |                                            ) CLASS ACTION
   |                   Plaintiff,                )
17 |                                            ) **STIPULATION AND [PROPOSED]**
   |              vs.                           ) **ORDER REGARDING RELATED**
18 |                                            ) **CASES**
   | BROCADE COMMUNICATIONS SYSTEMS,             )
19 | INC., GREGORY L. REYES and ANTONIO         )
   | CANOVA,                                     )
20 |                                            )
   |                   Defendants.               )
21 |                                            )

STIP AND [PROPOSED] ORDER
RE: RELATED CASES
CASE NO. 3:05-CV-2042

1  WHEREAS, the Court entered an Order dated June 23, 2005 designating this action "related" under Local Rule 3-12 to numerous class actions and derivative actions filed in this District;

WHEREAS, there are other similar cases currently pending in this District;

NOW THEREFORE, the parties to this stipulation agree, and the Court hereby orders, the following cases are also related to this action within the meaning of Local Rule 3-12:

- *Buddareddyhalli Sreenivas v. Brocade Communications Systems, Inc., et al.,* No. 3:05-CV-02374 (Class Action);

- *Frederick Witt v. Brocade Communications Systems, Inc., et al.,* No. 3:05-CV-02692 (Class Action);

- *Najani K. Jha v. Gregory Reyes, et al.,* No. 3:05-CV-02652 (Derivative Action).

IT IS SO STIPULATED.

Dated: July 8, 2005                         Respectfully Submitted,

                                            WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation


                                            By:      /s/David A. McCarthy
                                                         David A. McCarthy

                                            Attorneys for Defendants
                                            BROCADE COMMUNICATIONS SYSTEMS,
                                            INC. and ANTONIO CANOVA


Dated: July 8, 2005                         SCOTT & SCOTT
                                            Arthur L. Shingler, III
                                            401 B Street, Suite 307
                                            San Diego, CA 92101
                                            Telephone: (619) 233-4565
                                            Facsimile: (619) 233-0508


                                            By:      /s/Arthur L. Shingler, III
                                                         Arthur L. Shingler, III

                                            Attorneys for Plaintiff
                                            BUDDAREDDYHALLI SREENIVAS

STIP AND [PROPOSED] ORDER
RE: RELATED CASES
CASE NO. 3:05-CV-2042                       1                    C:\NRPORTBL\PALIB1\VM3\2686325_1.DOC

| | | |
|---|---|---|
| 1 | Dated: July 8, 2005 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 2 | | Lee M. Gordon |
| | | 700 South Flower St., Suite 2940 |
| 3 | | Los Angeles, CA 90017-4101 |
| | | Telephone: (213) 33-7150 |
| 4 | | Facsimile: (213) 330-7152 |

By: ____/s/Lee M. Gordon_____
                Lee M. Gordon

Attorneys for Plaintiff
FREDERICK WITT

Dated: July 8, 2005                         MARY ALEXANDER & ASSOCIATES
                                            Mary E. Alexander
                                            Gary W. Loftis
                                            44 Montgomery Street, Suite 1303
                                            San Francisco, CA 94104
                                            Telephone: (415) 433-4440
                                            Facsimile: (415) 433-5440


By: ____/s/Mary E. Alexander_____
                Mary E. Alexander

Attorneys for Plaintiff
NAJANI K. JHA

STIP AND [PROPOSED] ORDER
RE: RELATED CASES
CASE NO. 3:05-CV-2042                    2                    C:\NRPORTBL\PALIB1\VM3\2686325_1.DOC

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, David A. McCarthy, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 8th day of July 2005 at Palo Alto, California.

                                            /s/David A. McCarthy
                                                David A. McCarthy

**[PROPOSED] ORDER**

Upon Stipulation of the Parties and good cause appearing therefore, IT IS SO ORDERED.

Dated: July 21, 2005

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

[APPROVED — Judge Charles R. Breyer, United States District Court, Northern District of California]

STIP AND [PROPOSED] ORDER
RE: RELATED CASES
CASE NO. 3:05-CV-2042

4

C:\NRPORTBL\PALIB1\VM3\2686325_1.DOC